AO 120 (Rev. 3/04)
Case 1:08-cv-00132-JJF    Document 4    Filed 03/05/2008    Page 1 of 1

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following   X Patents or   ___ Trademarks:

| DOCKET NO.<br>08cv132 | DATE FILED<br>03/05/2008 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>WebXchange Inc. | | DEFENDANT<br>Dell Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,778,178 | 06/07/1998 | Lakshmi Arunachalam |
| 2 | US 6,212,556 B1 | 04/03/2001 | WebXchange Inc. |
| 3 | US 7,340,506 B2 | 03/04/2008 | Lakshmi Arunachalam |
| 4 | | | |
| 5 | | | |

| DATE INCLUDED | INCLUDED BY                 Amendment    Answer    Cross Bill    Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE<br>03/05/2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**
/