IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>DELL INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 08-132 (JJF)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiff WebXchange, Inc.'s First Set of Requests for Production of Documents and Things to Defendant Dell, Inc.*; and 2) *Plaintiff WebXchange, Inc.'s Revised First Set of Interrogatories to Defendant Dell* were caused to be served on April 18, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                                     *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

Roderick B. Williams, Esquire                                              *VIA ELECTRONIC MAIL*
Christopher V. Ryan, Esquire
VINSON & ELKINS L.L.P.
The Terrance 7
2801 Via Fortuna
Suite 100
Austin, TX 78746-7568

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Julia Heaney*

                                          _____
                                        Jack B. Blumenfeld (#1014)
                                        Julia Heaney (#3052)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 654-9200
                                        jblumenfeld@mnat.com
                                        jheaney@mnat.com

                                          *Attorneys for Plaintiff WebXchange Inc.*

OF COUNSEL:

Lawrence B. Goodwin
Peter J. Toren
Stefan R. Stoyanov
Charlotte Pontillo
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

April 21, 2008
2299246

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on April 21, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Roderick B. Williams, Esquire<br>Christopher V. Ryan, Esquire<br>VINSON & ELKINS L.L.P.<br>The Terrance 7<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746-7568 | *VIA ELECTRONIC MAIL* |

/s/ *Julia Heaney*
_____
Julia Heaney (#3052)