# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

May 1, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *WebXchange Inc. v The Allstate Corporation, et al.*, C.A. No. 08-131 (JJF)
            *WebXchange Inc. v. Dell Inc.*, C.A. No. 08-132 (JJF)
            *WebXchange Inc. v. Fedex Corporation, et al.*, C.A. No. 08-133 (JJF)

Dear Judge Farnan:

      The Court has set Rule 16 Scheduling Conferences in the above referenced cases for May 9, 2008 at 2:00, 2:30 and 3:00 pm, respectively. Counsel for all of the parties have conferred and agreed to propose a joint discovery schedule in the three cases on issues common to all defendants, and accordingly believe that it would be efficient to hold a joint Scheduling Conference.

      Therefore, I am writing on behalf of all parties to request that the Court hold a joint Scheduling Conference on May 9 at 2:00 pm. Counsel for all parties will attend at that time. Should the Court wish to discuss this request prior to May 9, counsel will make themselves available.

                                                        Respectfully,

                                                          Julia Heaney

JH:ncf

cc:    Clerk, U.S. District Court (by hand delivery)
        Lawrence B. Goodwin (by e-mail)
        Elizabeth M. McGeever (by e-mail)
        Richard L. Horwitz (by e-mail)
        David E. Moore (by e-mail)
        Federick L. Cottrell, III (by e-mail)
        Anne Shea Gaza (by e-mail)

2312601