IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-132-JJF |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| DELL INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Dell Inc. hereby certifies that copies of the following documents were caused to be served on May 21, 2008 upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT DELL INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT DELL
>
> DEFENDANT DELL INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION TO DEFENDANT DELL

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

**VIA ELECTRONIC MAIL**

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
ptoren@kasowitz.com
cpontillo@kasowitz.com
sstoyanov@kasowitz.com

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:                               By:  */s/ David E. Moore*
                                                     Richard L. Horwitz (#2246)
Roderick B. Williams                         David E. Moore (#3983)
Christopher V. Ryan                           Hercules Plaza 6th Floor
VINSON & ELKINS L.L.P.                  1313 N. Market Street
The Terrace 7                                            P.O. Box 951
2801 Via Fortuna, Suite 100                Wilmington, DE 19899
Austin, Texas 78746-7568                  Tel: (302) 984-6000
Tel: (512) 542-8400                           rhorwitz@potteranderson.com
                                                     dmoore@potteranderson.com

Dated: May 21, 2008
865813 / 32914                                     *Attorneys for Defendant Dell Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 21, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | Lawrence B. Goodwin |
| Julia Heaney | Peter J. Toren |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Charlotte Pontillo |
| 1201 North Market Street | Stefan R. Stoyanov |
| Wilmington, DE 19899-1347 | Eric Stieglitz |
| JBlumenfeld@MNAT.com | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| jheaney@mnat.com | 1633 Broadway |
| | New York, NY 10019 |
| | lgoodwin@kasowitz.com |
| | ptoren@kasowitz.com |
| | cpontillo@kasowitz.com |
| | sstoyanov@kasowitz.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857261 / 32914