IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-132-JJF |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| DELL INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Dell Inc. hereby certifies that copies of the following documents were caused to be served on May 30, 2008 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT DELL'S INITIAL DISCLOSURES

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

**VIA ELECTRONIC MAIL**

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
ptoren@kasowitz.com
cpontillo@kasowitz.com
sstoyanov@kasowitz.com

2

|  |  |
|---|---|
| OF COUNSEL:<br><br>Roderick B. Williams<br>Christopher V. Ryan<br>VINSON & ELKINS L.L.P.<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, Texas 78746-7568<br>Tel: (512) 542-8400<br><br>Dated: May 30, 2008<br>867155 / 32914 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Dell Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 30, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
ptoren@kasowitz.com
cpontillo@kasowitz.com
sstoyanov@kasowitz.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857261 / 32914