IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-132 (JJF) |
| | ) |
| DELL INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Initial Disclosures of Plaintiff Webxchange Inc. Pursuant to Federal Rule of Civil Procedure 26(a)* were caused to be served on May 30, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                                                  *BY ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

Roderick B. Williams, Esquire                                                              *BY ELECTRONIC MAIL*
Christopher V. Ryan, Esquire
VINSON & ELKINS L.L.P.
The Terrance 7
2801 Via Fortuna
Suite 100
Austin, TX 78746-7568


                                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                */s/ Julia Heaney*

                                                                _____
                                                                Jack B. Blumenfeld (#1014)
                                                                Julia Heaney (#3052)
                                                                1201 North Market Street
                                                                P.O. Box 1347
                                                                Wilmington, DE 19899
                                                                (302) 654-9200
                                                                jheaney@mnat.com
                                                                  *Attorneys for Plaintiff WebXchange Inc.*

Of Counsel:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

May 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on May 30, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Wilmington, DE  19801

> Roderick B. Williams, Esquire
> Christopher V. Ryan, Esquire
> VINSON & ELKINS L.L.P.
> The Terrance 7
> 2801 Via Fortuna
> Suite 100
> Austin, TX  78746-7568

*/s/ Julia Heaney*

Julia Heaney (#3052)