IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-132-JJF |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| DELL INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendant Dell Inc. hereby certifies that copies of the following documents were caused to be served on June 27, 2008 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT DELL INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF (Nos. 1-5)

DEFENDANT DELL INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF (Nos. 1-69)

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

**VIA ELECTRONIC MAIL**

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
ptoren@kasowitz.com
cpontillo@kasowitz.com
sstoyanov@kasowitz.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Roderick B. Williams
Christopher V. Ryan
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400

Dated: June 27, 2008
871802 / 32914

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Dell Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 27, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 27, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>JBlumenfeld@MNAT.com<br>jheaney@mnat.com | Lawrence B. Goodwin<br>Peter J. Toren<br>Charlotte Pontillo<br>Stefan R. Stoyanov<br>Eric Stieglitz<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>lgoodwin@kasowitz.com<br>ptoren@kasowitz.com<br>cpontillo@kasowitz.com<br>sstoyanov@kasowitz.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857261 / 32914