IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEBXCHANGE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-132 (JJF) |
| | ) | |
| DELL INC., | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *WebXchange Inc.'s Responses and Objections to Defendant Dell's First Set of Requests for Production to Plaintiff (Nos. 1-69)*; and 2) *WebXchange Inc.'s Objections and Responses to Defendant Dell Inc.'s First Set of Interrogatories to Plaintiff (Nos. 1-5)* were caused to be served on July 28, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                    *BY ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801

Roderick B. Williams, Esquire                    *BY ELECTRONIC MAIL*
Christopher V. Ryan, Esquire
VINSON & ELKINS L.L.P.
The Terrance 7
2801 Via Fortuna
Suite 100
Austin, TX  78746-7568

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 654-9200
jheaney@mnat.com
  *Attorneys for Plaintiff WebXchange Inc.*

OF COUNSEL:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

July 28, 2008
2347773

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on

July 28, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Wilmington, DE  19801

> Roderick B. Williams, Esquire
> Christopher V. Ryan, Esquire
> VINSON & ELKINS L.L.P.
> The Terrance 7
> 2801 Via Fortuna
> Suite 100
> Austin, TX  78746-7568

*/s/ Julia Heaney*

Julia Heaney (#3052)