UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br>ALLSTATE LIFE INSURANCE COMPANY,<br>and ALLSTATE FINANCIAL SERVICES LLC.<br><br>               Defendants. | C.A. No. 08-131 (JJF) |
| WEBXCHANGE INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>DELL INC.,<br><br>              Defendant. | C.A. No. 08-132 (JJF) |
| WEBXCHANGE INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>FEDEX CORPORATION, FEDEX KINKO'S<br>OFFICE & PRINT SERVICES, INC., and<br>FEDEX CORPORATE SERVICES INC.,<br><br>               Defendants. | C.A. No. 08-133 (JJF) |

### DEFENDANT'S NOTICE OF DEPOSITION OF LAKSHMI ARUNACHALAM

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the Rule 16 Scheduling Order (Dkt. No. 24), Defendants in the above-captioned cases hereby give notice that, by and through their attorneys, Defendants will take the oral deposition of Lakshmi Arunachalam

beginning at 9:00 a.m. on September 8, 2008, or at another mutually agreeable date and time. This is the initial deposition of Ms. Arunachalam that will count toward the 14 hours allowed under the Rule 16 Scheduling Order. The Defendants will schedule further depositions of Ms. Arunachalam for the remaining time.

The Defendants will depose Ms. Arunachalam at the law offices of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Stanford Research Park, 3300 Hillview Avenue, Palo Alto, California 94304, or at another mutually agreeable location. The deposition will be before a person authorized to administer oaths under Rule 28 of the Federal Rules of Civil Procedure. The record of the deposition will be taken stenographically and by videotape.

Date: August 21, 2008

                                              *[signature]*
                                             Elizabeth M. McGeever (#2057)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Christopher J. Renk
Joseph J. Berghammer
Janice V. Mitrius
Michael J. Harris
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 463-5000

*Attorneys for Allstate*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I served a copy of the foregoing DEFENDANT'S NOTICE OF DEPOSITION OF LAKSHMI ARUNACHALAM upon the following counsel by e-mail:

    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    MORRIS, NICHOLS, ARSHT & TUNNEL LLP
    1201 N. Market St.
    P.O. Box 1347
    Wilmington, DE 19899
    Phone: (302) 654-9200
    E-Mail: jblumenfeld@mnat.com; jheaney@mnat.com

    Lawrence B. Goodwin
    Peter J. Toren
    Charlotte Pontillo
    Stefan R. Stoyanov
    Eric Stieglitz
    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    1633 Broadway
    New York, NY 10019
    Phone: (212) 506-1700
    E-Mail: WebXchangeTeam@kasowitz.com

                                                 */s/ Elizabeth M. McGeever*
                                                 Elizabeth M. McGeever (#2057)
                                                 Attorney for Allstate