# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL INC., <br><br> Defendant. | C.A. No. 08-132 (JJF) |
| WEBXCHANGE INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION, FEDEX KINKO'S OFFICE & PRINT SERVICES, INC., and FEDEX CORPORATE SERVICES INC., <br><br> Defendants. | C.A. No. 08-133 (JJF) |

## NOTICE OF CONTINUING DEPOSITION OF LAKSHMI ARUNACHALAM

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, and this Court's Rule 16 Scheduling Order (Dkt. Nos. 16 and 76) Defendants hereby give notice that, by and through their attorneys, Defendants will take the continuing oral deposition of Lakshmi Arunachalam beginning at 9:00 am on April 20, 2010, or at another mutually agreeable date and time. Ms. Arunachalam has previously been deposed for 5 hours and 32 minutes of the 14 hours allowed under the Rule 16 Scheduling Order. The deposition will continue day to day until completed.

The deposition will take place at Vinson and Elkins LLP's New York office located at 666 Fifth Avenue, 26th Floor, New York, NY 10103, or at a different, mutually agreeable location. The deposition will be before a person authorized to administer oaths under Rule 28 of

the Federal Rules of Civil Procedure. The deposition will be taken stenographically and by videotape.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Constance S. Huttner<br>VINSON & ELKINS LLP<br>666 Fifth Avenue, 26th floor<br>New York, NY 10103<br>Tel : (212) 237-0040<br><br>Efrén Garcia<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>Telephone: (512) 542-8400 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Dell Inc.* |
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| Kara F. Stoll<br>Joyce Craig<br>Jason W. Melvin<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br><br>Jeffrey A. Berkowitz<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675 | By: /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys for Defendants FedEx Corporation, FedEx Kinko's Office & Print Services, Inc., and FedEx Corporate Services, Inc.* |

Dated: March 1, 2010
955210/32914

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 1, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 1, 2010, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | Lawrence B. Goodwin |
| Julia Heaney | Peter J. Toren |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Charlotte Pontillo |
| 1201 North Market Street | Stefan R. Stoyanov |
| Wilmington, DE 19899-1347 | Eric Stieglitz |
| JBlumenfeld@MNAT.com | Steven D. Chin |
| jheaney@mnat.com | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 1633 Broadway |
| | New York, NY 10019 |
| | WebXchangeTeam@kasowitz.com |

*/s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com

857261 / 32914