# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

March 8, 2010

**BY E-FILING**

**ENCLOSURES HIGHLY CONFIDENTIAL
AND SUBJECT TO PROTECTIVE ORDER**

**SUBMITTED FOR *IN CAMERA* REVIEW**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re:   *WebXchange Inc. v. Dell Inc.*, C.A. No. 08-132 (JJF)
          *WebXchange Inc. v. Fedex Corporation, et al.*, C.A. No. 08-133 (JJF)

Dear Judge Farnan:

      We write in response to the Court's February 16, 2010, Order (D.I. 229 in the FedEx case, No. 08-133), which granted in part and denied in part Defendants' motion to compel the production of withheld documents. That order instructed Plaintiff to produce for an *in-camera* review documents in which highly personal information had been redacted. The particular documents at issue were identified in Defendants' motion (on the last page of Def. Ex. 1.)

      Pursuant to that order, WebXchange respectfully presents for *in-camera* review redacted and unredacted versions of the following documents:

              WXC000109703, WXC000109704-WXC000109705, WXC000109832,
              WXC000124299, WXC000145895-WXC000145896, WXC000145899-
              WXC000145901, WXC000159562, WXC000159843-WXC000159845,
              WXC000159846-WXC000159847, WXC000159849, WXC000159860,
              WXC000159869, WXC000159875-WXC000159876, WXC000159877-
              WXC000159881, WXC000159882-WXC000159884, WXC000159885-
              WXC000159886, WXC000159887-WXC000159888, WXC000159889-
              WXC000159891, WXC000159894-WXC000159897, WXC000159898-
              WXC000159899, WXC000159914-WXC000159915, WXC000159919-

    WXC000159923, WXC000159932, WXC000159942, WXC000159952-
    WXC000159955, WXC000162446, WXC000162457, WXC000164141-
    WXC000164147, WXC000164149-WXC000164150, WXC000164161,
    WXC000164162, WXC000164163, WXC000164164, WXC000164205,
    WXC000164223-WXC000164224, WXC000164225-WXC000164226

    For ease of review, the redacted and unredacted versions of each document are grouped together in unique folders, designated by production number. The unredacted versions have highlighting to indicate where the redactions were.

    The final document from Defendants' exhibit 1 is not included here because it does not contain highly sensitive personal information. As indicated in WebXchange's Opposition to Defendants' motion, that document, WXC000170839-WXC000170920, was redacted on the basis of privilege, and is reflected in WebXchange's original privilege log (Entry No. 2661) served May 26, 2009.

                    Respectfully,

                     Julia Heaney

JH:ncf
Enclosures

cc: Clerk, U.S. District Court (by e-mail)
   Lawrence B. Goodwin (by e-mail)
   Richard L. Horwitz (by e-mail)
   David E. Moore (by e-mail)
   Frederick L. Cottrell, III (by e-mail)
   Anne Shea Gaza (by e-mail)

3435261