# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

May 12, 2010

**BY E-FILING**

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *WebXchange Inc. v. Dell Inc.*, C.A. No. 08-132 (JJF)

Dear Judge Stark:

      WebXchange requests that the following individuals be permitted to bring PDAs and laptop computers for use during the May 18 mediation, for assistance in the mediation process:

| | |
|---|---|
| Lakshmi Arunachalam | Peter Toren |
| Dwight DeBacker | Steven Chin |
| Dan Brune | Charlotte Pontillo |
| Lawrence Goodwin | Julia Heaney |

                    Respectfully,

                    */s/ Julia Heaney*

                    Julia Heaney

JH:ncf

cc:    Clerk, U.S. District Court (by e-mail)
        Richard L. Horwitz (by e-mail)
        David E. Moore (by e-mail)

3541248