IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| WEBXCHANGE INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | C.A. No. 08-132 (JJF) |
|  | ) |  |
| DELL INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| WEBXCHANGE INC., | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | C.A. No. 08-133 (JJF) |
|  | ) |  |
| FEDEX CORPORATION, FEDEX KINKO'S | ) |  |
| OFFICE & PRINT SERVICES, INC. and | ) |  |
| FEDEX CORPORATE SERVICES, INC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, attorney Peter Toren, of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, hereby withdraws his appearance as counsel for WebXchange, Inc. ("Plaintiff"). All other attorneys involved in the case from Kasowitz, Benson, Torres & Friedman LLP and Morris, Nichols, Arsht & Tunnell LLP continue to represent Plaintiff.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney (#3052)*

                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      jheaney@mnat.com
OF COUNSEL:                           *Attorneys for Plaintiff WebXchange Inc.*

Lawrence Goodwin
Steven D. Chin
Charlotte A. Pontillo
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

May 17, 2010

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 17, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Fred Cottrell | Richard L. Horwitz |
| Anne Gaza | David Ellis Moore |
| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON |

I also certify that copies were caused to be served on May 17, 2010, upon the following by e-mail:

| | |
|---|---|
| Fred Cottrell | Richard L. Horwitz |
| Anne Gaza | David Ellis Moore |
| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON |
| One Rodney Square | Hercules Plaza |
| 920 North King Street | 131 North Market Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| | Christopher V. Ryan |
| Kara Stoll | Efren Garcia |
| Joyce Craig | VINSON & ELKINS |
| Jason Melvin | 2801 Via Fortuna |
| Mark Rosenberger | Suite 100 |
| Christopher Dubose | Austin, TX 78746-7568 |
| Lauren Young | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)