IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEBXCHANGE INC., | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-132 (JJF) |
| v. | ) | |
| DELL INC., | ) | |
| Defendant. | ) | |
| WEBXCHANGE INC., | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-133 (JJF) |
| v. | ) | |
| FEDEX CORPORATION, FEDEX KINKO'S OFFICE & PRINT SERVICES, INC., and FEDEX CORPORATE SERVICES INC., | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION OF DWIGHT DEBACKER**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure Defendants hereby give notice that, by and through their attorneys, Defendants will take the oral deposition of Dwight DeBacker beginning at 9:00 am on July 14, 2010, or at another mutually agreeable date and time. The deposition will continue day to day until completed.

The deposition will take place at Vinson and Elkins LLP's office located at 525 University Avenue, Suite 410, Palo Alto, California 94301, or at a different, mutually agreeable location. The deposition will be before a person authorized to administer oaths under Rule 28 of the Federal Rules of Civil Procedure. The deposition will be taken stenographically and by videotape.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Constance S. Huttner<br>VINSON & ELKINS LLP<br>666 Fifth Avenue, 26th floor<br>New York, NY 10103<br>Tel: (212) 237-0040<br><br>Efrén Garcia<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>Telephone: (512) 542-8400 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Dell Inc.* |
| OF COUNSEL:<br><br>Kara F. Stoll<br>Joyce Craig<br>Jason W. Melvin<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br><br>Jeffrey A. Berkowitz<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br><br>Dated: June 18, 2010 | RICHARDS, LAYTON & FINGER, P.A.<br><br>By: /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys for Defendants FedEx Corporation, FedEx Kinko's Office & Print Services, Inc., and FedEx Corporate Services, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, the foregoing document was electronically filed with the Clerk of the court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 18, 2010, the foregoing document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
JBlumenfeld@MNAT.com
jheaney@mnat.com

Lawrence B. Goodwin
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
lgoodwin@kasowitz.com
cpontillo@kasowitz.com
sstoyanov@kasowitz.com
webxchangeteam@kasowitz.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com