IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEBXCHANGE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-132-SLR |
| | ) | |
| DELL INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| WEBXCHANGE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-133-SLR |
| | ) | |
| FEDEX CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 18th day of April, 2011, having reviewed the response to the

motion to withdraw filed by present counsel of plaintiff;

IT IS ORDERED that a telephonic status conference shall be held on

**Wednesday, April 27, 2011, at 8:30 a.m.** with only former and present counsel for

plaintiff participating.  Present counsel for plaintiff  shall coordinate and initiate this call.

_____
United States District Judge