IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-132-RGA |
| DELL INC., et al., | : |
| Defendants. | : |

## ORDER

For the reasons stated in the Memorandum Opinion dated December 15, 2011 (D.I. 262), and the Plaintiff having failed to meet the conditions of the Court's Order (D.I. 263), the Complaint (D.I. 1) is dismissed with prejudice.

The Court will schedule a conference with regard to the status of the Counterclaims and the "Exceptional Case" request contained in the Second Amended Answer (D.I. 164).

1-18-12
Date

Richard G. Andrews
United States District Judge