**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **WEBXCHANGE INC.,** | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 08-132 |
| v. | ) |
| **DELL INC.,** | ) |
| Defendant. | ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff WebXchange Inc. ("WebXchange") and Defendant DELL, Inc. ("DELL"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of all claims, counterclaims, and causes of action brought in this case. Each party shall bear its own costs, expenses, and attorneys' fees. .

PAZUNIAK LAW OFFICE LLC

*/s/ George Pazuniak*
George Pazuniak (DBN 478)
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
(302) 478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff*

POTTER ANDERSON &CORROON LLP

*/s/   Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant DELL Inc.*

1