IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL INC., )<br>)<br>Defendant. )<br>)) | Civil Action No. 08-132 |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal with Prejudice of all claims asserted between Plaintiff WebXchange Inc. ("WebXchange") and Defendant DELL, Inc. ("DELL") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counterclaims, or causes of action asserted in this suit between WebXchange and DELL are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

It is further ORDERED that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: 2-29-12          _Richard G Andrews_
                                       Judge

2